MAR-16-2003 18:10    P.04
Case 4:19-mj-00404   Document 1   Filed on 03/07/19 in TXSD   Page 1 of 4
United States Courts
Southern District of Texas
FILED
March 07, 2019
David J. Bradley, Clerk of Court

ORIGINAL



SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR -5 2019
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | FILED UNDER SEAL |
| MATTHEW ALLEN (1) | 3-19CR-111-K |

INDICTMENT   4:19MJ0404

The Grand Jury Charges:

Count One
Attempted Arson; Aiding and Abetting
(Violation of 18 U.S.C. §§ 844(i) and 2)

On or about March 15, 2016, in the Dallas Division of the Northern District of Texas, the defendants, **Matthew Allen** and ▮▮▮▮▮▮▮▮ aiding and abetting one another, and aided and abetted by others known and unknown to the grand jury, did maliciously attempt to damage and destroy, by means of fire, a building and other real and personal property used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, to wit: property consisting of a building located at 9009 Sovereign Row, Dallas, Texas.

In violation of 18 U.S.C. §§ 844(i) and 2.

Indictment—Page 1

A TRUE BILL

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
RYAN R. RAYBOULD
Assistant United States Attorney
Kansas Bar No. 25429
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
E-mail: ryan.raybould2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

MATTHEW ALLEN

SEALED INDICTMENT

18 U.S.C. §§ 8844(i) and 2
Attempted Arson; Aiding and Abetting
(Count 1)

1 Count

A true bill rendered

_____
DALLAS                                                    FOREPERSON

Filed in open court this 15 day of March, 2019.

**Warrant to be Issued for all Defendants**

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending

# United States District Court
## Northern District of Texas
### Dallas Division

**4:19MJ0404**

UNITED STATES OF AMERICA

V.

MATTHEW ALLEN

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:19-cr-00111-K (01)

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest  Matthew Allen

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Sealed Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:

Attempted Arson; Aiding and Abetting

in violation of Title  18
United States Code, Section(s)
844(i) and 2

---

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford
Judge

3/6/2019
Date

Dallas, TX
Location

s/R. Carter
(By) Deputy Clerk

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |